[No. 63513-1-I.   Division One.   July 26, 2010.]

*In the Matter of the Marriage of* ALLA KAMYSHINA, *Respondent*, and PAVEL KAMYSHIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-02818-0, Kimberley Prochnau, J., entered March 19, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Leach, JJ.

[No. 63608-1-I.   Division One.   July 26, 2010.]

KENNETH JENNINGS, *Petitioner*, v. THE SEATTLE HOUSING AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-13502-9, Michael J. Fox, J., entered May 12, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 63672-3-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTHA C. TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07148-7, James D. Cayce, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 63729-1-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE EDWARD PINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02730-5, Mary E. Roberts, J., entered June 29, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Schindler, JJ.